# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

143067-8

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN CRAIG JOHNSTON,
      Defendant-Appellant.

_____/

SC: 143067-8
COA: 302477; 302480
Ogemaw CC: 09-003297-FC
               09-003298-FC

On order of the Court, the application for leave to appeal the March 22, 2011 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

_____
Clerk

h1026